WEED et al. v. FIRST NAT. BANK OF SARATOGA SPRINGS et al. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by William R. Weed, who brings this suit on behalf of himself and of all the other stockholders of the First National Bank of Saratoga Springs, N. Y., situated similarly with himself, and another, against the First National Bank of Saratoga Springs, N. Y., and others. No opinion. Order affirmed, with $10 costs and disbursements. See 101 N. Y. Supp. 1045.

WEED et al., Respondents, v. SPEARS, Appellant. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by William P. Weed and another against James Spears.

PER CURIAM. Judgment affirmed, with costs.

COCHRANE, J., dissents.

WEEKS, Respondent, v. WHITEHEAD, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Oakley Weeks against Henry M. Whitehead impleaded. H. M. Whitehead, for appellant. J. M. Perry, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WEEKS, Respondent, v. WHITEHEAD et al., Appellants. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Oakley Weeks against Henry M. Whitehead and another. A. P. Bachman, for appellants. J. M. Perry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEILER, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Action by Charles Weiler against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, on the ground that the court committed error in refusing to charge as requested, viz., That it was plaintiff's duty to look before crossing the tracks, and that plaintiff had no right to take doubtful chances as to whether or not he could cross in safety.

WEINTRAUB v. WEIL et al. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Morris Weintraub against John Weil and others. No opinion. Application denied, with $10 costs. Order signed.

WEITZMANN, Respondent, v. A. L. BARBER ASPHALT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1907.) Action by Frank C. Weitzmann, Jr., by Frank C. Weitzmann, his guardian ad litem, against the A. L. Barber Company. No opinion. Judgment an unanimously affirmed, with costs.

WEITZMAN, Respondent, v. A. L. BARBER ASPHALT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Frank C. Weitzman, Jr., by guardian, against the A. L. Barber Asphalt Company. No opinion. Motion denied.

WELLMAN, Respondent, v. TERRELL et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Martin P. Wellman against Stephen A. Terrell and another.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

SEWELL, J., not sitting.

WELLS, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Action by Fullerton Wells against the New York City Railway Company. No opinion. Appeal withdrawn on consent, with costs.

WEST, Appellant, v. BROWN et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Action by Amarilla O. West against Benjamin C. Brown and another. No opinion. Order affirmed, with costs.

WEST HUDSON COUNTY TRUST CO. v. WALDRON. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by the West Hudson County Trust Company against Robert H. Waldron. No opinion. Motion denied.

WHALEY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Annie K. Whaley against the city of New York. W. A. Barber, for appellant. T. Connoly, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

PATTERSON, P. J., and CLARKE, J., dissent, on the ground that there was a question for the jury.

WHEELER, Respondent, v. KESSEL, Appellant. (Supreme Court, Appellate Division, Fourth Department, July 9, 1907.) Action by Albert J. Wheeler, as receiver, etc., against John A. Kessel. No opinion. Judgment affirmed, with costs.

WHITBECK v. ENGLISH et al. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Ernest C. Whitbeck, as trustee, etc., against Anna M. English, impleaded, etc. No opinion. Motion for appeal to the Court of Appeals denied, with $10 costs.

WILBUR, Appellant, v. ROCHESTER RY. CO., Respondent. (Supreme Court, Appellate